UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | EDCV 15-781 DSF (GLSx) | Date | 4/24/15 |
|---|---|---|---|
| Title | Lisa Clemons v. Bayview Loan Servicing, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed from state court based on diversity jurisdiction. However, neither Bayview Loan Servicing, LLC nor JP Morgan Chase Bank, N.A.'s citizenship is properly alleged. A limited liability company is a citizen of the states of which each of its members is a citizen. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). The notice of removal provides no information about the members of the LLC. A national banking association is only a citizen of the state in which its main office is located. Rouse v. Wachovia Mortgage, FSB, 747 F.3d 707, 709 (9th Cir. 2014). The notice of removal only pleads JP Morgan's principal place of business, which is irrelevant.

The case is REMANDED to the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED.